# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>HAMILTON, CLYDE H. | 2. Court or Organization<br><br>US COURT OF APPEALS - 4TH CIR. | 3. Date of Report<br><br>03/28/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US CIRCUIT JUDGE-Senior Status | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial   ✔ Annual   ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address |
|---|
| BANK OF AMERICA PLAZA<br>1901 MAIN ST., SUITE 1250<br>COLUMBIA, SC 29201-2435 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 08/26/11 | Refund on 2010 Federal Income Tax Return | $27,371.00 |
| 2. 10/06/11 | Refund on 2010 Income Tax Return: South Carolina Department of Revenue | $10,221.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Self-Employed Interior Designer; Pulliam-Morris Decorating Company, Inc. and Eclexion division (interior design with on-premises retail sales) |
| 2. | Salary and Commissions |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | National Bank of South Carolina | Line of Credit for Pulliam-Morris Decorating Company, Inc. | K |
| 2. | Pulliam-Morris Decorating Company, Inc. | Loan to purchase additional interest in Columbia, SC Warehouse (Pt. VII, Page 18, Line 253-254 | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/28/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   PORTFOLIO I -- IRA | | | | | | | | | |
| 2. | | | | | | | | | |
| 3.   CHARLES SCHWAB INSTITUTIONAL (formerly WELLS FARGO | | | | | | | | | |
| 4.   ADVISORS) -- Self-directed: | | | | | | | | | |
| 5. | | | | | | | | | |
| 6.   WELLS FARGO BANK FDIC INSURED MONEY MARKET FUND | | None | | | Closed | 09/19/11 | J | | |
| 7. | | | | | | | | | |
| 8.   SCH ADV RESRV PREM MONEY MARKET FUND | | None | J | T | Open | 09/20/11 | J | | |
| 9. | | | | | | | | | |
| 10.   AGL RES, INC. (common stock) | A | Dividend | J | T | | | | | |
| 11. | | | | | | | | | |
| 12.   CHEVRON CORPORATION (common stock) | B | Dividend | K | T | | | | | |
| 13. | | | | | | | | | |
| 14.   GENERAL ELECTRIC COMPANY (common stock) | A | Dividend | | | Sold (part) | 03/28/11 | J | | No gain |
| 15. | | | | | | Sold | 08/08/11 | J | | No gain |
| 16. | | | | | | | | | |
| 17.   PROCTOR & GAMBLE CO. (common stock) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/28/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. IBM CORP. (common stock) | A | Dividend | K | T | | | | | |
| 20. | | | | | | | | | |
| 21. JOHNSON & JOHNSON (common stock) | A | Dividend | K | T | | | | | |
| 22. | | | | | | | | | |
| 23. PAYCHEX, INC. (common stock) | A | Dividend | K | T | | | | | |
| 24. | | | | | | | | | |
| 25. PEPSICO INCORPORATED (common stock) | A | Dividend | K | T | | | | | |
| 26. | | | | | | | | | |
| 27. ALTRIA GROUP, INC. (formerly known as Philip Morris | A | Dividend | J | T | | | | | |
| 28. Companies) (common stock) | | | | | | | | | |
| 29. | | | | | | | | | |
| 30. Philip Morris International, Inc. (common stock) | A | Dividend | K | T | Buy (add'l) | 08/16/11 | J | | |
| 31. | | | | | | | | | |
| 32. KRAFT FOODS, INC. CL A (common stock) | | None | | | Sold | 03/28/11 | J | C | |
| 33. | | | | | | | | | |
| 34. SCANA CORP. (common stock) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/28/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. NEXTERA ENERGY, INC. (formerly FPL GROUP, INC.) | A | Dividend | K | T | Buy (add'l) | 08/16/11 | J | | |
| 37. (common stock) | | | | | | | | | |
| 38. | | | | | | | | | |
| 39. CONOCOPHILLIPS (common stock) | A | Dividend | K | T | | | | | |
| 40. | | | | | | | | | |
| 41. NORFOLK SOUTHERN CORP. (common stock) | A | Dividend | K | T | | | | | |
| 42. | | | | | | | | | |
| 43. WALGREEN COMPANY (common stock) | A | Dividend | K | T | | | | | |
| 44. | | | | | | | | | |
| 45. AUTOMATIC DATA PROCESSING (common stock) | A | Dividend | K | T | | | | | |
| 46. | | | | | | | | | |
| 47. HEWLETT-PACKARD COMPANY (common stock) | | None | | | Sold | 08/08/11 | J | B | |
| 48. | | | | | | | | | |
| 49. WASTE MGMT INC DEL (common stock) | A | Dividend | K | T | | | | | |
| 50. | | | | | | | | | |
| 51. MARKET VECTOR GOLD MINERS (common stock) | | None | | | Sold | 10/20/11 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/28/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. AT&T, Inc. (common stock) | B | Dividend | K | T | | | | | |
| 54. | | | | | | | | | |
| 55. DOMINION RESOURCES, INC. VA NEW (common stock) | B | Dividend | L | T | | | | | |
| 56. | | | | | | | | | |
| 57. (Additional New Buys in 2011) | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. DEERE & CO. (common stock) | A | Dividend | J | T | Buy | 06/08/11 | J | | |
| 60. | | | | | | | | | |
| 61. FREEPORT-McMORAN COPPER & GOLD, INC. (common stock) | | None | J | T | Buy | 07/25/11 | J | | |
| 62. | | | | | | | | | |
| 63. AMERICAN ELECTRIC POWER CO., INC. (common stock) | A | Dividend | K | T | Buy | 10/20/11 | K | | |
| 64. | | | | | | | | | |
| 65. END PORTFOLIO I -- | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. BANK OF AMERICA CORPORATION (personal checking account) | | None | L | T | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/28/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. JOHN HANCOCK LIFE INSURANCE COMPANY (USA) (UNIVERSAL | | | | | | | | | |
| 70. LIFE INSURANCE POLICY) | B | Interest | K | T | | | | | |
| 71. | | | | | | | | | |
| 72. PORTFOLIO II -- | | | | | | | | | |
| 73. | | | | | | | | | |
| 74. ABBOTT LABORATORIES (common stock) | A | Dividend | J | T | | | | | |
| 75. | | | | | | | | | |
| 76. EXXON MOBIL CORP. (common stock) | A | Dividend | J | T | | | | | |
| 77. | | | | | | | | | |
| 78. GENERAL ELECTRIC CO. (common stock) | A | Dividend | | | Sold | 08/08/11 | K | | No gain |
| 79. | | | | | | | | | |
| 80. 3-M CO. (common stock) | A | Dividend | J | T | | | | | |
| 81. | | | | | | | | | |
| 82. ALTRIA GROUP, INC. (formerly known as Philip Morris | A | Dividend | J | T | | | | | |
| 83. Companies, Inc.) (common stock) | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. Philip Morris International, Inc. (common stock) | A | Dividend | K | T | Buy (add'l) | 10/24/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/28/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. KRAFT FOODS, INC. CL A (common stock) | A | Dividend | J | T | | | | | |
| 88. | | | | | | | | | |
| 89. PFIZER, INC. (common stock) | A | Dividend | | | Sold | 05/04/11 | J | D | |
| 90. | | | | | | | | | |
| 91. NOVARTIS AG ADR (common stock) | A | Dividend | K | T | | | | | |
| 92. | | | | | | | | | |
| 93. WELLS FARGO BANK FDIC INSURED MONEY MARKET FUND | | None | | | Closed | 09/19/11 | K | | |
| 94. | | | | | | | | | |
| 95. SCH ADV RESRV PREM MONEY MARKET FUND | | None | L | T | Open | 09/20/11 | K | | |
| 96. | | | | | | | | | |
| 97. VERIZON COMMUNICATIONS (common stock) | A | Dividend | K | T | Buy (add'l) | 10/24/11 | J | | |
| 98. | | | | | | | | | |
| 99. FRONTIER COMMUNICATIONS CORP. (common stock) | | None | J | T | | | | | |
| 100. | | | | | | | | | |
| 101. CHEVRON CORPORATION (common stock) | A | Dividend | K | T | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/28/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. SCANA CORP. (common stock) | B | Dividend | K | T | | | | | |
| 104. | | | | | | | | | |
| 105. EL PASO ENERGY CAP TR I PFD CONV TR SEC | A | Interest | J | T | | | | | |
| 106. (Preferred Convertible Stock) | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. CLOROX COMPANY (common stock) | A | Dividend | | | Sold | 08/08/11 | J | C | |
| 109. | | | | | | | | | |
| 110. DuPONT E.I. deNEMOURS AND COMPANY (common stock) | B | Dividend | K | T | | | | | |
| 111. | | | | | | | | | |
| 112. AFLAC, INC. (common stock) | A | Dividend | J | T | | | | | |
| 113. | | | | | | | | | |
| 114. DENTSPLY INTERNATIONAL, INC. NEW (common stock) | A | Dividend | | | Sold | 08/05/11 | J | D | |
| 115. | | | | | | | | | |
| 116. DISNEY WALT COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 117. | | | | | | | | | |
| 118. SYSCO CORPORATION (common stock) | A | Dividend | | | Sold | 08/08/11 | J | No gain | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/28/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. AUTOMATIC DATA PROCESSING (common stock) | A | Dividend | J | T | | | | | |
| 121. | | | | | | | | | |
| 122. HEWLETT-PACKARD COMPANY (common stock) | A | Dividend | | | Sold | 08/05/11 | K | D | |
| 123. | | | | | | | | | |
| 124. TRANSOCEAN, INC. NEW (common stock) | A | Dividend | J | T | | | | | |
| 125. | | | | | | | | | |
| 126. MEDTRONIC, INC. (common stock) | A | Dividend | | | Sold | 08/05/11 | J | | No gain |
| 127. | | | | | | | | | |
| 128. JPMORGAN CHASE & CO. (common stock) | A | Dividend | J | T | | | | | |
| 129. | | | | | | | | | |
| 130. HALLIBURTON COMPANY (common stock) | A | Dividend | K | T | | | | | |
| 131. | | | | | | | | | |
| 132. PROGRESS ENERGY, INC. (common stock) | A | Dividend | K | T | | | | | |
| 133. | | | | | | | | | |
| 134. THE SOUTHERN COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 135. | | | | | | | | | |
| 136. AT&T, INC. (common stock) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/28/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. DOMINION RESOURCES, INC. VA NEW (common stock) | A | Dividend | K | T | | | | | |
| 139. | | | | | | | | | |
| 140. BOARDWALK PIPELINE PARTNERS LP (Limited Partnership) | B | Distribution | K | T | | | | | |
| 141. | | | | | | | | | |
| 142. INTERNATIONAL BUSINESS MACHINES CORP. (common stock) | A | Dividend | J | T | | | | | |
| 143. | | | | | | | | | |
| 144. WELLS FARGO COMPANY (common stock) | A | Dividend | | | Sold | 06/08/11 | J | C | |
| 145. | | | | | | | | | |
| 146. (Additional New Buys in 2011) | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. CATERPILLAR, INC. (common stock) | A | Dividend | J | T | Buy | 06/08/11 | J | | |
| 149. | | | | | | | | | |
| 150. COLGATE-PALMOLIVE CO. (common stock) | A | Dividend | K | T | Buy | 08/16/11 | K | | |
| 151. | | | | | | | | | |
| 152. FREEPORT-McMORAN COPPER & GOLD, INC. (common stock) | A | Dividend | J | T | Buy | 01/24/11 | J | | |
| 153. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/28/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. JOHNSON & JOHNSON (common stock) | A | Dividend | J | T | Buy | 05/04/11 | J | | |
| 155. | | | | | | | | | |
| 156. UNION PACIFIC CORP. (common stock) | | None | K | T | Buy | 10/24/11 | K | | |
| 157. | | | | | | | | | |
| 158. UNITED PARCEL SERVICE-B (common stock) | A | Dividend | K | T | Buy | 03/24/11 | J | | |
| 159. | | | | | Buy (add'l) | 10/24/11 | J | | |
| 160. | | | | | | | | | |
| 161. VISA, INC. CLASS A (common stock) | A | Dividend | K | T | Buy | 08/16/11 | K | | |
| 162. | | | | | | | | | |
| 163. VODAFONE GROUP NEW ADR (common stock) | | None | J | T | Buy | 11/07/11 | J | | |
| 164. | | | | | | | | | |
| 165. END PORTFOLIO II -- | | | | | | | | | |
| 166. | | | | | | | | | |
| 167. PORTFOLIO III | | | | | | | | | |
| 168. | | | | | | | | | |
| 169. WELLS FARGO BANK FDIC INSURED MONEY MARKET ACCOUNT | | None | J | T | | | | | |
| 170. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/28/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. DOMINION RESOURCES, INC. VA NEW (common stock) | A | Dividend | K | T | | | | | |
| 172. | | | | | | | | | |
| 173. SCANA CORP. (common stock) | A | Dividend | K | T | | | | | |
| 174. | | | | | | | | | |
| 175. CISCO SYSTEMS, INC. (common stock) | A | Dividend | J | T | | | | | |
| 176. | | | | | | | | | |
| 177. INTEL CORP. (common stock) | A | Dividend | J | T | | | | | |
| 178. | | | | | | | | | |
| 179. CONOCOPHILLIPS (common stock) | A | Dividend | J | T | | | | | |
| 180. | | | | | | | | | |
| 181. TEVA PHARMACEUTICALS ADR INDS LTD. (common stock) | A | Dividend | J | T | | | | | |
| 182. | | | | | | | | | |
| 183. MERCK & CO., INC. NEW (common stock) | A | Dividend | K | T | | | | | |
| 184. | | | | | | | | | |
| 185. END PORTFOLIO III | | | | | | | | | |
| 186. | | | | | | | | | |
| 187. PORTFOLIO IV | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/28/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | | | | | |
| 189. RETIREMENT ACCOUNT (self-directed): | | | | | | | | | |
| 190. | | | | | | | | | |
| 191. HELMERICH & PAYNE, INC.. (common stock) | A | Dividend | K | T | | | | | |
| 192. | | | | | | | | | |
| 193. CHEVRON CORPORATION (common stock) | B | Dividend | K | T | | | | | |
| 194. | | | | | | | | | |
| 195. WELLS FARGO BANK FDIC INSURED MONEY MAKET FUND | | None | | | Closed | 09/19/11 | J | | |
| 196. | | | | | | | | | |
| 197. SCH ADV RESRV PREM MONEY MARKET FUND | | None | J | T | Open | 09/20/11 | J | | |
| 198. | | | | | | | | | |
| 199. PIEDMONT NATURAL GAS (common stock) | A | Dividend | J | T | | | | | |
| 200. | | | | | | | | | |
| 201. AGL RESOURCES, INC. (common stock) | A | Dividend | J | T | | | | | |
| 202. | | | | | | | | | |
| 203. SCANA CORPORTION (common stock) | A | Dividend | K | T | | | | | |
| 204. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/28/2012 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  SOUTHERN COMPANY (common stock) | B | Dividend | K | T | | | | | |
| 206. | | | | | | | | | |
| 207.  DUKE ENERGY CORPORATION (common stock) | A | Dividend | J | T | | | | | |
| 208. | | | | | | | | | |
| 209.  SPECTRA ENERGY CORP. (common stock) | A | Dividend | J | T | Buy (add'l) | 04/14/11 | J | | |
| 210. | | | | | | | | | |
| 211.  CONOCOPHILLIPS (common stock) | B | Dividend | K | T | | | | | |
| 212. | | | | | | | | | |
| 213.  JOHNSON AND JOHNSON (common stock) | A | Dividend | J | T | | | | | |
| 214. | | | | | | | | | |
| 215.  SYSCO CORPORATION (common stock) | A | Dividend | | | Sold | 08/08/11 | J | | No gain |
| 216. | | | | | | | | | |
| 217.  AUTOMATIC DATA PROCESSING (common stock) | A | Dividend | K | T | | | | | |
| 218. | | | | | | | | | |
| 219.  WALGREEN COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 220. | | | | | | | | | |
| 221.  NORFOLK SOUTHERN CORP. (common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/28/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | | | | | |
| 223. LOCKHEED MARTIN CORP. (common stock) | A | Dividend | K | T | | | | | |
| 224. | | | | | | | | | |
| 225. PAYCHEX, INC. (common stock) | A | Dividend | J | T | | | | | |
| 226. | | | | | | | | | |
| 227. GENERAL ELECTRIC COMPANY (common stock) | A | Dividend | | | Sold | 08/08/11 | J | | No gain |
| 228. | | | | | | | | | |
| 229. WASTE MANAGEMENT INC. DEL (common stock) | A | Dividend | J | T | | | | | |
| 230. | | | | | | | | | |
| 231. DUPONT E.I. DE NEMOURS & COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 232. | | | | | | | | | |
| 233. ELI LILLY & CO. (common stock) | A | Dividend | J | T | | | | | |
| 234. | | | | | | | | | |
| 235. MEDTRONIC, INC. (common stock) | A | Dividend | | | Sold | 08/08/11 | J | | No gain |
| 236. | | | | | | | | | |
| 237. VANGUARD SHORT TERM BOND (EXCHANGE TRADED FUND) | B | Dividend | L | T | | | | | |
| 238. | | Distribution | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/28/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. | | | | | | | | | |
| 240. COLGATE-PALMOLIVE CO. (common stock) | A | Dividend | J | T | | | | | |
| 241. | | | | | | | | | |
| 242. IBM CORP. (common stock) | A | Dividend | K | T | Buy (add'l) | 10/24/11 | J | | |
| 243. | | | | | | | | | |
| 244. (Additional New Buys in 2011) | | | | | | | | | |
| 245. | | | | | | | | | |
| 246. INTEL CORP. (common stock) | A | Dividend | K | T | Buy | 05/13/11 | J | | |
| 247. | | | | | | Buy (add'l) | 08/16/11 | K | | |
| 248. | | | | | | | | | |
| 249. END PORTFOLIO IV | | | | | | | | | |
| 250. | | | | | | | | | |
| 251. PULLIAM-MORRIS DECORATING COMPANY, INC. (common stock) | | None | L | W | | | | | |
| 252. | | | | | | | | | |
| 253. CMC ASSOCIATES (General Partnership) (one-half interest) | D | Rent | L | W | | | | | |
| 254. Columbia, SC Warehouse | | | | | | | | | |
| 255. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. NATIONAL BANK OF SOUTH CAROLINA (pesonal checking account) | A | Interest | K | T | | | | | |
| 257. | | | | | | | | | |
| 258. PORTFOLIO V | | | | | | | | | |
| 259. | | | | | | | | | |
| 260. WELLS FARGO BANK FDIC INSURED MONEY MARKET FUND | | None | | | Closed | 09/19/11 | J | | |
| 261. | | | | | | | | | |
| 262. SCH ADV RESRV PREM MONEY MARKET FUND | | None | J | T | Open | 09/20/11 | J | | |
| 263. | | | | | | | | | |
| 264. HEWLETT PACKARD CO. (common stock) | A | Dividend | | | Sold | 08/08/11 | K | A | |
| 265. | | | | | | | | | |
| 266. SCANA CORPORATION (common stock) | B | Dividend | K | T | | | | | |
| 267. | | | | | | | | | |
| 268. SOUTHERN COMPANY (common stock) | B | Dividend | K | T | | | | | |
| 269. | | | | | | | | | |
| 270. GENERAL ELECTRIC COMPANY (common stock) | A | Dividend | | | Sold | 06/08/11 | J | | No gain |
| 271. | | | | | | | | | |
| 272. DUKE ENERGY CORPORATION (common stock) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/28/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | | | | | |
| 274. SPECTRA ENERGY CORP. (common stock) | A | Dividend | J | T | | | | | |
| 275. | | | | | | | | | |
| 276. NOVARTIS AG ADR (common stock) | A | Dividend | J | T | Buy (add'l) | 07/21/11 | J | | |
| 277. | | | | | | | | | |
| 278. DENTSPLY INTERNATIONAL, INC. (common stock) | A | Dividend | | | Sold | 08/05/11 | K | D | |
| 279. | | | | | | | | | |
| 280. PEPSICO, INC. (common stock) | A | Dividend | K | T | | | | | |
| 281. | | | | | | | | | |
| 282. SCHLUMBERGER LTD. (common stock) | A | Dividend | K | T | Buy (add'l) | 10/24/11 | J | | |
| 283. | | | | | | | | | |
| 284. CONOCO PHILLIPS (common stock) | B | Dividend | K | T | | | | | |
| 285. | | | | | | | | | |
| 286. DUPONT E.I. DE NEMOURS (common stock) | A | Dividend | K | T | | | | | |
| 287. | | | | | | | | | |
| 288. MURPHY OIL CORP. (common stock) | A | Dividend | | | Sold | 08/05/11 | J | | No gain |
| 289. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. PROGRESS ENERGY, INC. (common stock) | A | Dividend | K | T | | | | | |
| 291. | | | | | | | | | |
| 292. STERICYCLE, INC. (common stock) | | None | | | Sold | 08/08/11 | K | C | |
| 293. | | | | | | | | | |
| 294. ELI LILLY & CO. (common stock) | A | Dividend | K | T | | | | | |
| 295. | | | | | | | | | |
| 296. ENERGY TRANSFER PARTNERS (Limited Partnership) | A | Distribution | K | T | Buy (add'l) | 08/16/11 | J | | |
| 297. | | | | | | | | | |
| 298. TEVA PHARMACEUTICAL ADR INDS LTD. (common stock) | A | Dividend | J | T | | | | | |
| 299. | | | | | | | | | |
| 300. (Additional New Buys in 2011) | | | | | | | | | |
| 301. | | | | | | | | | |
| 302. ABBOTT LABORATORIES (common stock)Adiv | A | Dividend | J | T | Buy | 08/16/11 | J | | |
| 303. | | | | | | | | | |
| 304. CATERPILLAR, INC. (common stock) | A | Dividend | J | T | Buy | 06/08/11 | J | | |
| 305. | | | | | | | | | |
| 306. DOMINION RESOURCES, INC. VA NEW (common stock) | A | Dividend | K | T | Buy | 08/16/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/28/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | | | | | |
| 308. DOW CHEMICAL COMPANY (common stock) | | None | J | T | Buy | 11/07/11 | J | | |
| 309. | | | | | | | | | |
| 310. INTEL CORP. (common stock) | | None | J | T | Buy | 11/07/11 | J | | |
| 311. | | | | | | | | | |
| 312. UNITED PARCEL SERVICE-B (common stock) | A | Dividend | J | T | Buy | 04/04/11 | J | | |
| 313. | | | | | | | | | |
| 314. UNION PACIFIC CORP. (common stock) | A | Dividend | J | T | Buy | 06/28/11 | J | | |
| 315. | | | | | | | | | |
| 316. VISA, INC. CLASS A (common stock) | A | Dividend | K | T | Buy | 08/16/11 | K | | |
| 317. | | | | | | | | | |
| 318. END PORTFOLIO V | | | | | | | | | |
| 319. | | | | | | | | | |
| 320. PORTFOLIO VI | | | | | | | | | |
| 321. WELLS FARGO BANK FDIC INSURED MONEY MARKET ACCOUNT | | None | J | T | | | | | |
| 322. | | | | | | | | | |
| 323. CONOCOPHILLIPS (common stock) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/28/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | | | | | |
| 325. (Additional New Buys in 2011) | | | | | | | | | |
| 326. | | | | | | | | | |
| 327. FIRST EAGLE SOGEN GLOBAL FD CLASS C MUTUAL FUND | A | Dividend | K | T | Buy | 02/01/11 | K | | |
| 328. | | Distribution | | | Buy (add'l) | 12/14/11 | J | | |
| 329. | | | | | | | | | |
| 330. END PORTFOLIO VI | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/28/2012 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CLYDE H. HAMILTON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544